UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDDIE M. LINDE | ) | |
| | ) | |
| v. | ) | C.A. No. 13-798L |
| | ) | |
| A. T. WALL | ) | |

O R D E R

There being no objection to the Report and Recommendation of Magistrate Judge Lincoln D. Almond, dated March 10, 2014, the Report and Recommendation hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

ENTER:

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge

June 19, 2014